FILED BY ___ D.C.

05 JUL 11  PM 4: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

ADAM EWING, et al.,

    Plaintiffs,

    Case No.: 05-2323 D V

vs.

UNITED AUTO GROUP, INC.,

    Defendant.

## ORDER OF DISMISSAL

It appears to the court that Defendants entered a Notice of Nonsuit on this matter on May 17, 2005.

IT IS THEREFORE ORDERED that the above cause be dismissed without prejudice based upon the Notice of Nonsuit.

**IT IS SO ORDERED** this _11th_ day of _July_ 2005.

_____
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _7/13/05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02323 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

E. Powell Miller
MILLER SHEA, P.C.
950 West University Drive
Suite 300
Rochester, MI 48307

Sharon Harless Loy
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

Ricky E. Wilkins
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

A. James Andrews
905 Locust Street
Knoxville, TN 37902

Karl A. Schledwitz
6465 N. Quail Hollow Road
Memphis, TN 38119

Marc L. Newman
MILLER & SHEA P.C.
950 West University Drive
Suite 300
Rochester, MI 48307

Honorable Bernice Donald
US DISTRICT COURT