UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY /W ___ D.C.

05 JUL 20 AM 10: 05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**ADAM EWING, et al.**

**v.**

**UNITED AUTO GROUP, INC.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 05-2323-D**

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal entered on July 13, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_/s/ Bernice Bouie Donald_
**BERNICE B. DONALD**
UNITED STATES DISTRICT COURT

July 19, 2005
Date

THOMAS M. GOULD

_____
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7/21/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02323 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

---

A. James Andrews
905 Locust Street
Knoxville, TN 37902

Sharon Harless Loy
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

Marc L. Newman
MILLER & SHEA P.C.
950 West University Drive
Suite 300
Rochester, MI 48307

Ricky E. Wilkins
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

Karl A. Schledwitz
6465 N. Quail Hollow Road
Memphis, TN 38119

E. Powell Miller
MILLER SHEA, P.C.
950 West University Drive
Suite 300
Rochester, MI 48307

Honorable Bernice Donald
US DISTRICT COURT